IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GERALD MCCARTHY                                        PLAINTIFF
#056159

v.                        No. 4:23-cv-1186-DPM

AMANDA JEGLEY,
Prosecutor                                             DEFENDANT

## ORDER

1.  McCarthy's application to proceed *in forma pauperis* is incomplete; neither the certificate nor calculation sheet are attached. 28 U.S.C. § 1915(a)(2). His application, Doc. 1, is denied without prejudice.

2.  In his motion for subpoena, Doc. 3, McCarthy reports that jail officials refused to assist him in completing the required documentation. The request for a subpoena, Doc. 3, is denied. But the Court seeks the Detention Facility's Administrator's assistance in this matter. The Court directs the Clerk to send a copy of this Order to the Detention Facility Administrator, Saline County Detention Center, 735 Neeley St., Benton, AR 72015. The Court also directs the Clerk to send McCarthy a blank *IFP* application, including a certificate and calculation sheet, along with a copy of this Order.

3. McCarthy must submit a completed application and certified calculation sheet by 29 January 2024. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2). If the Court grants McCarthy permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 December 2023