IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GERALD MCCARTHY**
**#056159**                                                                                  PLAINTIFF

v.                               No. 4:23-cv-1186-DPM

**AMANDA JEGLEY, Prosecutor,**
**United States District Court,**
**Eastern District of Arkansas**                                                  DEFENDANT

ORDER

McCarthy hasn't paid the filing or moved to proceed *in forma pauperis*; and the time to do so has passed. Doc. 4. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 February 2024