IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GERALD MCCARTHY**                                                        PLAINTIFF
**#056159**

v.                            No. 4:23-cv-1186-DPM

**AMANDA JEGLEY, Prosecutor,**
**United States District Court,**
**Eastern District of Arkansas**                                           DEFENDANT

## JUDGMENT

McCarthy's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 February 2024